UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LAM THANH PHAM,

    Defendant.

Case No.: CR05-0152-L

DETENTION ORDER

Offense charged:

    Counts 1 through 44: Bank Fraud (18 U.S.C. § 1344 and 2).

Date of Detention Hearing: April 27, 2005.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant was interviewed by Pretrial Services of the Central District of California, and reports were prepared on March 28, 2005, and April 1, 2005. Defendant did not interview with Pretrial Services for the Western District of Washington. Based upon the available

01 information, it appears there is no condition or combination of conditions that would reasonably
02 assure future Court appearances and address the safety of any persons or the community.

03     (2)    Defendant is viewed as a flight risk based on his lack of ties in this jurisdiction.
04 In addition, he has no established community, but has family ties in many areas including
05 California, Texas, Virginia, Florida, and New York. Defendant is a citizen of Vietnam and has
06 reported traveling within the past three years.

07     (3)    A criminal record check reveals that defendant has a substantial number of criminal
08 violations.

09     (4)    On several occasions, defendant has used false identification and other false
10 documents.

11     (5)    Defendant is viewed as a risk of danger because of his criminal history, and as a
12 risk of financial danger to the community. His actions are alleged to have caused an estimated
13 loss of between $1,500,000 and $1,800,000 relating to the current offense.

14     (6)    Defendant appears to have no substantial ties to the community or to the Western
15 District of Washington.

16     IT IS THEREFORE ORDERED:

17     (1)    Defendant shall be detained pending trial and committed to the custody of the
18     Attorney General for confinement in a correction facility separate, to the extent
19     practicable, from persons awaiting or serving sentences or being held in custody
20     pending appeal;

21     (2)    Defendant shall be afforded reasonable opportunity for private consultation with
22     counsel;

23     (3)    On order of a court of the United States or on request of an attorney for the
24     government, the person in charge of the corrections facility in which defendant is
25     confined shall deliver the defendant to a United States Marshal for the purpose of
26     an appearance in connection with a court proceeding; and

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

01     (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

02               counsel for the defendant, to the United States Marshal, and to the United States

03               Pretrial Services Officer.

04

    DATED this 28th day of April, 2005.

05

06

                                 s/ JAMES P. DONOHUE

07                                  United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER                                                       15.13
18 U.S.C. § 3142(i)                                                  Rev. 1/91
PAGE 3