1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

LAM PHAM ,

              Defendant.

NO.  CR05-152 RSL

ORDER GRANTING **STIPULATED**
MOTION TO
CONTINUE TRIAL

THIS MATTER HAVING COME on/or before the undersigned Judge, upon the

application of the defendant in this matter for an order continuing trial, and the court

having considered the records and files herein.

THE COURT HAVING FOUND that counsel for the defendant, counsel for all

co-defendants, and counsel for the government agree that a continuance of the trial date is

ORDER GRANTING STIPULATED

MOTION TO CONTINUE TRIAL - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
2100 EXCHANGE BUILDING
821 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780

1
2
3
4
5
6
7

necessary, that additional time is required to review recently received discovery, prepare

8
9

for trial, and entertain plea negotiations, and that continuing the trial date on the ground

10
11

that the "ends of justice served by taking such action outweigh the best interest of the

12
13

public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(8)(A)

14
15

(B)(ii) and (B)(iv).

16
17

     IT IS HEREBY ORDERED that the trial date in this matter is continued from

18
19

June 20, 2005 to September 19, 2005.

20
21

     IT IS FURTHER ORDERED that the period of time from the current trial date of

22
23

June 20, 2005 to September 19, 2005 is excluded in calculating the time within which

24
25

trial must begin under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

26
27

DONE IN OPEN COURT 22nd day of June, 2005.

*MW S Lasnik*

Robert S. Lasnik
United States District Judge

Presented by:

Lam Pham, represented by:
**LAW OFFICES OF
JOHN HENRY BROWNE**

ORDER GRANTING STIPULATED

MOTION TO CONTINUE TRIAL - 2

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
2100 EXCHANGE BUILDING
821 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

s/ Jessica Riley
WSBA # 32705
2100 Exchange Building
Seattle, Washington 98104
Phone: 206-388-0777
Fax: 206- 388-0780


Approved for entry:

Plaintiff, USA, represented by:
UNITED STATES ATTORNEY'S OFFICE
s/ Patricia Lally, AUSA via telephonic
approval
WSBA #28910
700 Stewart Street
Seattle, Washington 98101
Phone: 206-553-2619
Fax: 206-553-4440
Patricia.Lally@usdoj.gov

ORDER GRANTING STIPULATED

MOTION TO CONTINUE TRIAL - 3

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
2100 EXCHANGE BUILDING
821 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780