1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

14

UNITED STATES OF AMERICA,

15              Plaintiff,

16       v.

17  LAM T. PHAM,

18              Defendant.

Case No.  CR05-152RSL

ORDER ON DEFENDANT'S
MOTION FOR RECONSIDERATION

19

20       This matter comes before the Court on "Defendant Pham's Motion to Reconsideration"

21  (Dkt. # 228).  "Motions for reconsideration are disfavored.  The court will ordinarily deny such

22  motions in the absence of a showing of manifest error in the prior ruling or a showing of new

23  facts or legal authority which could not have been brought to its attention earlier with reasonable

24  diligence."  Local Rule CrR 12(c)(11)(A).  Although defendant purports to allege new facts in

25  his motion for reconsideration, he fails to show why these facts could not have been brought to

26
27       ORDER ON DEFENDANT'S
         MOTION FOR
         RECONSIDERATION- 1
28

the Court's attention in the previous motion.  Moreover, the facts alleged by defendant in the instant motion contradict his sworn testimony at his plea hearing.  See Dkt. # 218.  For these reasons, defendant's motion for reconsideration is DENIED.

DATED this 25th day of August, 2006.


_MM S Lasnik_
Robert S. Lasnik
United States District Judge

ORDER ON DEFENDANT'S
MOTION FOR
RECONSIDERATION- 2